IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CONNIE WILSON,**

Plaintiff,

vs.   Civil No. 06-1261 BB/ACT

**UNITED STATES OF AMERICA and
DR. ISRAEL PENNEY,**

Defendants.

## ORDER and JUDGMENT

**THIS MATTER** comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge. [Docket No. 23.]  No objections were filed.

**IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are hereby adopted by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint transferred from the Eastern District of Arkansas, Western Division, on December 28, 2006, is dismissed without prejudice.

_____
**BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**